# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3540
_____

LEON WOODBERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

March 13, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Victor D. Holder, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert Charles "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.